IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KENNETH W. JONES,
    Plaintiff,

vs.                              Case No. 3:10cv233/RV/EMT

JOHN M. MORING,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 27, 2011 (Doc. 42). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 28th day of June, 2011.

                      /s/ _Roger Vinson_
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**